GERTRUDE M. ROWE, Appellant, *v.* GEORGE W. SNYDER, Respondent.

*Husband and wife — divorce — custody and maintenance of children.*

Rowe v. Snyder, 192 App. Div. 924, affirmed.

(Argued December 13, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1920, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action by a divorced wife against her former husband to obtain a judgment awarding custody of children of the parties to plaintiff and fixing an allowance to be paid by defendant for their future support.

*Terence Farley, Edmund L. Mooney, John F. Brennan, Charles T. B. Rowe* and *Frank I. Tierney* for appellant.

*John J. Cunneen* and *Philip J. Ross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.